# Third District Court of Appeal

## State of Florida

Opinion filed August 27, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0086
Lower Tribunal No. A10FJ3P
_____

**Jose Eduardo Hernandez Romero,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Jennifer Hochstadt Azar, Judge.

Carlos J. Martinez, Public Defender and Shannon Hemmendinger, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General and Liz Feliz, Assistant Attorney General, for appellee.

Before SCALES, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. See Kendle v. State, 255 So. 3d 400, 412–13 (Fla. 3d DCA

2018) (finding that comments made by trial court concerning defendant's right to remain silent "[fell] within the realm of what [was] permitted, but [were] also necessary. Without such cautionary instructions, the jurors would be free to infer or speculate that a defendant who does not testify must surely be guilty, otherwise he would take the stand in his own behalf.").